■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS M. GEIGEL, Appellant. [601 NYS2d 845] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Mallon, J.), rendered September 9, 1992, convicting him of robbery in the first degree (three counts), attempted murder in the second degree, assault in the first degree (three counts), and aggravated harassment in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We find no merit to the defendant's claim that the court improvidently exercised its discretion in denying him youthful offender status *(see,* CPL 720.20 [1] [a]; *People v Schwarz,* 183 AD2d 859; *People v Worthington,* 173 AD2d 665). Moreover, the defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS GRAHAM, Appellant. [601 NYS2d 846] —Appeal by the defendant from two judgments of the County Court, Suffolk County (Cacciabaudo, J.), both rendered February 27, 1992, convicting him of escape in the second degree under Indictment No. 1780/91 and attempted burglary in the third degree under Indictment No. 2134/91, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.